UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHAD TEGLAS                                CIVIL ACTION NO. 07-cv-1333

VERSUS                                     JUDGE WALTER

GENERAL MOTORS GLOBAL H Q                  MAGISTRATE JUDGE HORNSBY
EMPLOYEE BENEFITS, ET AL

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action be **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE